## BAILEY v. STATE.
### No. 22371.

Court of Criminal Appeals of Texas.

Jan. 20, 1943.

No attorney for appellant.

Spurgeon E. Bell, State's Atty., of Austin, for the State.

DAVIDSON, Judge.

Aggravated assault is the offense; the punishment, confinement in the county jail for 120 days.

The record before us is without statement of facts or bills of exception. Nothing is presented for review.

The judgment is affirmed.

PER CURIAM.

The foregoing opinion of the Commission of Appeals has been examined by the Judges of the Court of Criminal Appeals and approved by the Court.